UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARGARITTE "MARGO" HINSON, an individual,

        Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.,*

        Defendants.

2:11-CV-01860-PMP-GWF

**ORDER**

Having read and considered Defendants' fully briefed Motion for Partial Summary Judgment on Plaintiff's Claims for (1) Bad Faith and (2) Violations of NRS 686A.310 (Doc. #26) and having further considered the arguments of counsel presented at the hearing conducted March 18, 2013, the Court finds that genuine issues of material fact remain as to Plaintiff's claims.

**IT IS THEREFORE ORDERED** that Defendant American Family Mutual Insurance Company's Motion for Partial Summary Judgment on Plaintiff's Claims for (1) Bad Faith and (2) Violations of NRS 686A.310 (Doc. #26) is DENIED.

DATED: April 11, 2013.

_____
PHILIP M. PRO
United States District Judge