UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARITTE "MARGO" HINSON, an individual, | 2:11-CV-01860-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.,* | |
| Defendants. | |

Having read and considered Defendants' fully briefed Motion for Partial Summary Judgment on Plaintiff's Claim for Punitive Damages (Doc. #27) and having further considered the arguments of counsel presented at the hearing conducted March 18, 2013, and good cause appearing, the Court finds Defendants motion must be granted. Specifically, the Court finds that Plaintiff has failed to adduce evidence establishing a genuine issue of material fact supporting Plaintiff's claim for punitive damages against Defendant under NRS 42.005, which requires clear and convincing evidence of oppression, fraud, or malice.

**IT IS THEREFORE ORDERED** that Defendant American Family's Motion for Partial Summary Judgment on Plaintiff's Claim for Punitive Damages (Doc. #27) is GRANTED.

DATED: April 11, 2013.

_____
PHILIP M. PRO
United States District Judge