UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGARITTE "MARGO" HINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.,*<br><br>Defendants. | 2:11-CV-01860-PMP-GWF<br><br>**ORDER** |

**IT IS ORDERED** that Defendant American Family's fully briefed Motion for Consideration or in the Alternative Request for Clarification (Doc. #37) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Countermotion for Attorneys' Fees (Doc. #38) is **DENIED**.

DATED: May 6, 2013.

_____
PHILIP M. PRO
United States District Judge