UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGARITTE "MARGO" HINSON,<br><br>　　　　　Plaintiff(s),<br><br>　　　　　　vs<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, et al.<br><br>　　　　　Defendant(s). | Case # 2:11-CV-1860-PMP-GWF<br><br>ORDER REFERRING CASE FOR<br>SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, January 28, 2014,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 15th day of May, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE