UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARITTE "MARGO" HINSON, an individual, ) | 2:11-CV-01860-PMP-GWF |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN FAMILY MUTUAL ) INSURANCE COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

Having read and considered the arguments set forth by the Parties with respect to Defendant American Family's fully briefed Motion in Limine to Bifurcate Trial (Doc. #47), and good cause appearing,

**IT IS ORDERED** that Defendant's Motion in Limine to Bifurcate Trial (Doc. #47) is **DENIED**.

DATED: July 25, 2013.

_____
PHILIP M. PRO
United States District Judge