UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARITTE "MARGO" HINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.,*<br><br>Defendants. | 2:11-CV-01860-PMP-GWF<br><br>**ORDER** |

Having read and considered the arguments set forth by the Parties with respect to Defendant American Family's fully briefed Motion in Limine to Bifurcate Trial (Doc. #47), and good cause appearing,

**IT IS ORDERED** that Defendant's Motion in Limine to Bifurcate Trial (Doc. #47) is **DENIED**.

DATED: July 25, 2013.

PHILIP M. PRO
United States District Judge